UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3989 SVW (FFM) | Date | July 2, 2013 |
|---|---|---|---|
| Title | DANIEL LEE NEWMAN v. K. HOLLAND, WARDEN | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Petitioner:  Attorneys Present for Respondent:

None Present  None Present

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On June 11, 2013, the Court issued an Order Requiring Return to Petition. Pursuant to that order, respondent was required to file a notice of appearance by June 25, 2013. As of today's date, respondent has failed to file a notice of appearance. Respondent is ordered to file a notice of appearance by July 9, 2013 or show cause in writing why sanctions should not be imposed for failure to comply with a Court order.

IT IS SO ORDERED.

                                                                          :
                                                        Initials of Preparer    JM