UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL LEE NEWMAN, | ) | No. CV 13-3989 FFM |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| K. HOLLAND, Warden | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition on the merits with prejudice.

DATED:  May 20, 2014

      /S/ FREDERICK F. MUMM
      FREDERICK F. MUMM
    United States Magistrate Judge